**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00443-CV**
_____

**IN THE INTEREST OF J.Y.J. AND J.C.J.**

**On Appeal from the County Court at Law**
**Orange County, Texas**
**Trial Cause No. C181023-D**

**MEMORANDUM OPINION**

J.D.J. appeals from an order terminating his parental rights to his minor children, J.Y.J. and J.C.J. The trial court found, by clear and convincing evidence, that statutory grounds exist for termination of J.D.J.'s parental rights and that termination of his parental rights would be in the best interest of the children. *See* Tex. Fam. Code Ann. § 161.001(b)(1)(D), (E), (N), (O), (2).

J.D.J.'s court-appointed appellate counsel submitted a brief in which counsel contends there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738 (1967); *In the Interest of L.D.T.*, 161 S.W.3d 728, 731 (Tex.

1

App.—Beaumont 2005, no pet.). The brief provides counsel's professional evaluation of the record. Counsel served J.D.J. with a copy of the *Anders* brief filed on his behalf. This Court notified J.D.J. of his right to file a *pro se* response, as well as the deadline for doing so. This Court did not receive a *pro se* response.

We have independently reviewed the appellate record and counsel's brief, and we agree that any appeal would be frivolous. We find no arguable error requiring us to order appointment of new counsel to re-brief this appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's order terminating J.D.J.'s parental rights.

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 27, 2020
Opinion Delivered March 12, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.